UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DISABILITY LAW CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> MASSACHUSETTS DEPARTMENT OF CORRECTION; HAROLD W. CLARKE, COMMISSIONER OF THE MASSACHUSETTS DEPARTMENT OF CORRECTION, in his official capacity; JAMES BENDER, DEPUTY COMMISSIONER OF THE MASSACHUSETTS DEPARTMENT OF CORRECTION, in his official capacity; VERONICA MADDEN, ASSOCIATE COMMISSIONER OF REENTRY AND REINTEGRATION OF THE MASSACHUSETTS DEPARTMENT OF CORRECTION, in her official capacity; JOHN MARSHALL, JR., ACTING SUPERINTENDENT OF MCI-CEDAR JUNCTION AND ASSISTANT DEPUTY COMMISSIONER – NORTHERN SECTOR, in his official capacities; and TIMOTHY HALL, ACTING ASSISTANT DEPUTY COMMISSIONER – SOUTHERN SECTOR, in his official capacity, <br><br> Defendants | CIVIL ACTION <br> NO. 07-10463 (MLW) |

**JOINT REPORT TO THE COURT AND**
**PROPOSED AMENDED SCHEDULING ORDER**

The parties jointly submit the Proposed Amended Scheduling Order attached hereto as <u>Attachment</u> <u>A</u>. As a result of their agreement, the parties do not believe that the hearing now scheduled for February 18, 2010 is necessary. The parties also agree that the stay on discovery, entered on March 21, 2008 (Docket No. 51), should be lifted.

In accordance with the Court's Order of January 25, 2010 (Docket No. 116), the parties met in person on February 1 and 4, 2010, and spoke again by telephone on February 5 and 8, 2010, to discuss the issues identified by the Court, as well as other

issues that relate to establishing a schedule to prepare this case for trial.  As a result of those discussions, the parties have agreed to measures to narrow the scope of discovery such that it can be completed in the period of time set forth in the proposed schedule.  The parties have memorialized their discussion and agreement in separate correspondence as exchanged by counsel on February 8, 2010.  The parties intend to continue to discuss the issues identified in the Order, including but not limited to the identities of the persons whose state of mind should be considered in deciding the subjective prong of the deliberate indifference standard, in the hopes that such continued discussions will assist in making discovery and trial of this matter more efficient.

Dated:  February 8, 2010

Respectfully submitted,

Disability Law Center, Inc.,

By its attorneys,

 /s/    Alison Hickey Silveira_____
David Yamin, BBO #562216
      david.yamin@bingham.com
Alison Hickey Silveira, BBO #666814
      alison.silveira@bingham.com
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, MA 02110-1726
(617) 951-8000

Richard M. Glassman, BBO #544381
      rglassman@dlc-ma.org
Karen Talley, BBO #644764
      ktalley@dlc-ma.org
Nancy Svirida, BBO #663749
      nsvirida@dlc-ma.org
DISABILITY LAW CENTER, INC.
11 Beacon Street, Suite 925
Boston, MA  02108
(617)723-8455

A/73289491.1

James Pingeon, BBO #541852
jpingeon@mcls.net
Leslie Walker, BBO #546627
lwalker@mcls.net
Bonnie Tenneriello, BBO #662132
btenneriello@mcls.net
Joel Thompson, BBO #662164
jthompson@mcls.net
MASSACHUSETTS CORRECTIONAL
LEGAL SERVICES, INC.
8 Winter Street, 11th Floor
Boston, MA 02108
(617) 482-2773

Robert Fleischner, BBO #171320
rfleischner@cpr-ma.org
CENTER FOR PUBLIC REPRESENTATION
22 Green Street
Northampton, MA 01060
(413) 587-6265

James S. Rollins
   *admitted pro hac vice*
   james.rollins@nelsonmullins.com
NELSON, MULLINS, RILEY &
SCARBOROUGH LLP
One Boston Place
Boston, MA 02108
(617) 573-4722

THE MASSACHUSETTS DEPARTMENT OF CORRECTION, et al.,

By their attorneys:

NANCY ANKERS WHITE
Special Assistant Attorney General


/s/ William D. Saltzman
William D. Saltzman
BBO No. 439749
Department of Correction Legal Division
70 Franklin Street, Suite 600
Boston, Massachusetts 02110
(617) 727-3300, Ext. 154
wdsaltzman@doc.state.ma.us


/s/ Charles W. Anderson Jr.
Charles W. Anderson Jr.
BBO No. 635016
Department of Correction Legal Division
70 Franklin Street, Suite 600
Boston, Massachusetts 02110
(617) 727-3300, Ext. 161
cwanderson@doc.state.ma.us


/s/ Sheryl Grant
Sheryl Grant
BBO No. 647071
Department of Correction Legal Division
70 Franklin Street, Suite 600
Boston, Massachusetts 02110
(617) 727-3300, Ext. 140
sfgrant@doc.state.ma.us

## **CERTIFICATE OF SERVICE**

I, Alison Hickey Silveira, certify that on this 8th day of February, 2010, a copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Alison Hickey Silveira
Alison Hickey Silveira

A/73289491.1