UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DISABILITY LAW CENTER, INC., )<br>    Plaintiff, )<br>)<br>VS. )<br>)<br>MASSACHUSETTS DEPARTMENT )<br>OF CORRECTIONS, ET AL., )<br>    Defendants. )<br>) | CIVIL ACTION NO. 1:07-CV-10463 |

## PRIVILEGE LOG

| Inmate | Document Type | Date | Author | Subject Matter |
|---|---|---|---|---|
| Anthony Garaffolo | Lemuel Shattuck Hospital Psychiatric Consult Report | 6/7/06, 6/13/06 | Carl Fuller, M.D. | Report of psychiatric assessment |
|  | UMass Correctional Health Mental Health Progress Notes | 4/15/05 to 1/16/06 | Various UMCHP mental health clinicians | Progress notes relative to mental health diagnosis and treatment |
|  | UMass Correctional Health Mental Health Status Updates | 10/4/05, 4/14/05 | Lara Fortier, LICSW, Dawn Parker, MSW | Inmate's mental health status |
|  | UMass Correctional Health Comprehensive Mental Health Evaluation and Treatment Plan | 9/15/05 | Michael Stockbridge, LICSW | Evaluation of inmate's mental health and treatment plan |
|  | UMass Correctional Health Mental Health Evaluation | 4/20/05 | Dawn Parker, MSW | Mental health treatment evaluation of inmate |
| Steven Koumaris | Death/Major Event Summary Outline | Not dated | No author noted | Summary of medical and mental health treatment |

| Eduardo Soto | Death/Major Event Summary Outline | Not dated | No author noted | Summary of medical and mental health treatment |
|---|---|---|---|---|
| Andrew Armstrong | 18a Referral Form | 9/14/05 | Marianne Smith, M.D. | Mental health assessment relative to commitment to Bridgewater State Hospital |
| | Request for Observation Pursuant to G.L. c. 123, s. 18(a) | 9/14/05 | Marianne Smith, M.D. | Request for commitment to Bridgewater State Hospital, summarizing inmate's mental health |
| | UMass Correctional Health Mental Health Status Update | 7/29/05 | Dawn Parker, LICSW | Assessment of inmate's mental health status |
| | UMass Correctional Health mental health Progress Notes | 1/20/04 to 10/22/05 | Various UMCHP mental health clinicians | Progress notes relative to mental health diagnosis and treatment |
| | UMass Correctional Health Mental Health Treatment Plan Update | 7/20/05 | Carrie Holowecki LICSW | Evaluation of inmate's mental health and treatment plan |
| | 18a Evaluation | 10/12/05 | Jamie G. Krauss, Ph.D. | Mental health assessment relative to commitment to Bridgewater State Hospital |
| | 18a Evaluation | 7/14/05 | David W. Holtzen, Ph.D. | Mental health assessment relative to commitment to Bridgewater State Hospital |
| | Bridgewater State | 8/8/05 | Tiana Bennett, | Assessment of |

2

|  | Hospital record |  | LCSW; Roderick Anscombe, M.D. | inmate's mental health status |
|---|---|---|---|---|
|  | UMass Correctional Health Mental Health Treatment Plan Update | 1/4/05 | Carrie Holowecki, LICSW | Evaluation of inmate's mental health and treatment plan |
|  | UMass Correctional Health Mental Health Status Update | 12/1/04 | Cristyn DeMerchant, LICSW | Assessment of inmate's mental health status |
|  | UMass Correctional Health Mental Health Status Update | 11/1/04 | John Reino, CAGS; Carrie Holowecki, LICSW | Assessment of inmate's mental health status |
|  | UMass Correctional Health Mental Health Treatment Plan Update | 10/4/04 | Carrie Holowecki LICSW | Evaluation of inmate's mental health and treatment plan |
|  | UMass Correctional Health Mental Health Treatment Plan Update | 10/15/04 | Carrie Holowecki LICSW | Evaluation of inmate's mental health and treatment plan |
|  | UMass Correctional Health Mental Health Status Update | 9/17/04 | Caroline G. Gray, LICSW | Assessment of inmate's mental health status |
|  | UMass Correctional Health Mental Health Treatment Plan Update | 7/8/04 | Carrie Holowecki LICSW | Evaluation of inmate's mental health and treatment plan |
|  | UMass Correctional Health In House Consultation | 6/8/04 | Carrie Holowecki, LICSW | Requesting a dental consult for patient |
|  | UMass Correctional Health Mental Health Treatment Plan Update | 4/22/04 | Brenda Ayotte, LICSW | Evaluation of inmate's mental health and treatment plan |
|  | UMass Correctional Health Mental | 3/6/04 | Judith Garofalo, LICSW | Assessment of inmate's mental |

1263041v1

|  | Health Status Update |  |  | health status |
|---|---|---|---|---|
|  | Psychiatry Referral | 3/5/04 | Brenda Ayotte, LICSW | Requesting a psychiatric consult for patient |
|  | UMass Correctional Health Comprehensive Mental Health Evaluation and Treatment Plan | 1/26/04 | Sharon Wall, LICSW | Evaluation of inmate's mental health and treatment plan |
|  | UMass Correctional Health Mental Health Evaluation | 12/15/03 | Kerry Higgins, LICSW | Evaluation of inmate's mental health |
|  | Bridgewater State Hospital Administrative Chronology | 9/14/05 | No author noted | Summarizes mental health condition |
|  | Bridgewater State Hospital Admission Assessment Part II | 9/14/05 | Sturlanp Witkin, M.D.; Tiana Bennett, LICSW | Evaluation of inmate's mental health |
|  | UMass Correctional Health Mental Health Status Update | 10/18/05 | John Reino, LICSW | Assessment of inmate's mental health status |
|  | Bridgewater State Hospital Progress Notes | 9/14/05 to 10/13/05 | Various mental health clinicians | Progress notes relative to mental health diagnosis and treatment |
|  | Bridgewater State Hospital Master Treatment Plan | 9/22/05 | Hodgson Bennett, LICSW | Evaluation of inmate's mental health and treatment plan |
|  | Bridgewater State Hospital Close Observation Unit Referral Form | No date | No author noted | States inmate's current mental health status |
|  | UMass Correctional Health Mental | 10/18/05 | Lorna Fortier, | Assessment of inmate's mental |

4

|  | Health Status Update |  | LICSW | health status |
|---|---|---|---|---|
|  | UMass Correctional Health Mental Health Status Update | 9/6/05 | John Beland, LICSW | Assessment of inmate's mental health status |
|  | UMass Correctional Health Mental Health Status Update | 8/22/05 | Carrie Holowecki, LICSW | Assessment of inmate's mental health status |
| Mark Cunningham | UMass Correctional Health mental health Progress Notes | 12/31/03 to 1/20/07 | Various UMCHP mental health clinicians | Progress notes relative to mental health diagnosis and treatment |
|  | UMass Correctional Health Mental Health Treatment Plan Update | 12/21/06 | Lorna Fortier, LICSW; Daryl Hager, LMHC | Evaluation of inmate's mental health and treatment plan |
|  | UMass Correctional Health Mental Health Treatment Plan Update | 6/26/06 | Lorna Fortier, LICSW; John Reino, LICSW | Evaluation of inmate's mental health and treatment plan |
|  | UMass Correctional Health Mental Health Status Update | 4/21/06 | Lorna Fortier, LICSW | Assessment of inmate's mental health status |
|  | UMass Correctional Health Mental Health Status Update | 4/18/06 | Lorna Fortier, LICSW | Assessment of inmate's mental health status |
|  | UMass Correctional Health Mental Health Treatment Plan Update | 6/16/05 | Carrie Holowecki, LICSW | Evaluation of inmate's mental health and treatment plan |
|  | Correctional Medical Services Mental Health Evaluation | 8/16/96 | Jeffrey J. Vander Yacht, MA | Evaluation of inmate's mental health |
|  | UMass Correctional Health Mental Health Status Update | 1/26/07 | D.J. Hager, LMHC | Assessment of inmate's mental health status |
|  | Bridgewater State | 4/14/06 | Katherine E. | Mental health |

| | | | | |
|---|---|---|---|---|
| | Hospital § 18(a) Evaluation | | Herzog, Psy.D. | assessment relative to commitment to Bridgewater State Hospital |
| | Request for Observation Pursuant to G.L. c. 123, s. 18(a) | 3/20/06 | Marianne Smith, M.D. | Request for commitment to Bridgewater State Hospital, summarizing inmate's mental health |
| | UMass Correctional Health Program 18a Referral Form | 3/26/06 | Marianne Smith, M.D. | Mental health assessment relative to commitment to Bridgewater State Hospital |
| | Correctional Medical Services Progress Notes | 9/8/98 | No author noted | Progress notes relative to mental health diagnosis and treatment |
| | UMass Correctional Mental Health and Treatment Plan Update | 12/14/04 | Carrie Holowecki, LICSW | Evaluation of inmate's mental health and treatment plan |
| | UMass Correctional Mental Health Mental Treatment Plan Update | 6/23/04 | Carrie Holowecki, LICSW | Evaluation of inmate's mental health and treatment plan |
| | UMass Correctional Mental Health Mental Treatment Plan Update | 12/22/03 | Carrie Holowecki, LICSW | Evaluation of inmate's mental health and treatment plan |
| | Correctional Medical Services Mental Health Status Update | 8/30/02 | Adrienne H. Groff, LICSW | Assessment of inmate's mental health status |
| | Barnstable Jail and House of Corrections | 5/25/95 to 3/28/96 | Michael J. Murphy, Ed.D. | Assessments of inmate's mental health status |

6

|  | UMass Correctional Health In House Consultation Request | 2/26/04 | Carrie Holowecki, LICSW | Description of physical condition during mental health contact, request for further assessment |
|---|---|---|---|---|

1263041v1