UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DISABILITY LAW CENTER, INC.,<br><br>         Plaintiff,<br><br>   v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION; HAROLD CLARKE, COMMISSIONER OF THE MASSACHUSETTS DEPARTMENT OF CORRECTION, in his official capacity; JAMES BENDER, DEPUTY COMMISSIONER OF THE MASSACHUSETTS DEPARTMENT OF CORRECTION, in his official capacity; VERONICA MADDEN, ASSOCIATE COMMISSIONER OF REENTRY AND REINTEGRATION OF THE MASSACHUSETTS DEPARTMENT OF CORRECTION, in her official capacity; JOHN MARSHALL, JR., ACTING SUPERINTENDENT OF MCI-CEDAR JUNCTION AND ASSISTANT DEPUTY COMMISSIONER – NORTHERN SECTOR, in his official capacities; and TIMOTHY HALL, ACTING ASSISTANT DEPUTY COMMISSIONER – SOUTHERN SECTOR, in his official capacity,<br><br>         Defendants. | CIVIL ACTION<br>NO. <u>07-10463</u> |

## JOINT STATUS REPORT OF DISABILITY LAW CENTER AND UNIVERSITY OF MASSACHUSETTS CORRECTIONAL HEALTH PROGRAM

Pursuant to the Court's order of August 12, 2010, plaintiff, the Disability Law Center ("DLC"), and third party, University of Massachusetts Correctional Health Program ("UMCHP"), submit this joint report on the status of UMCHP's document production.

*Documents Produced*:  On September 17, 2010, UMCHP delivered to the DLC documents over which it is not asserting privilege for ten inmates who were in segregation or segregation-like conditions and for whom UMCHP conducted Morbidity and Mortality Reviews. The documents, as described by UMCHP, consist of forms prepared specifically for UMCHP morbidity and mortality reviews, such as the Report of Significant Morbidity and Mortality

Event and the Peer Reviewer's Summary of Significant Morbidity/Mortality Event, as well as un-redacted medical records and reports from each inmate's file.  (At the time of this filing, DLC's counsel has not yet had the opportunity to review this material.)

*Status of Waivers/Releases*:  DLC has provided UMCHP waivers from an executor or estate administrator for inmate A.G.  DLC expects to be able to obtain waivers from the executor or estate administrator of inmates G.B and N.R., but does not currently have them.  Previously, DLC provided a waiver from the executor of M.C., which UMCHP rejected as out of date.  DLC has also provided UMCHP waivers from the next of kin of R.D and S.K., neither of whom had an executor or estate administrator.  UMCHP has not, to date, accepted these waivers.  For the remaining inmates, N.D., E.S., M.K. and A.A., DLC has been unable to locate or make contact with a family member or estate administrator/executor.

Respectfully submitted,

| | |
|---|---|
| **UNIVERSITY OF MASSACHUSETTS CORRECTIONAL HEALTH PROGRAM,** | **DISABILITY LAW CENTER, INC.,** |
| By its attorney, | By its attorneys, |
| /s/ James A. Bello<br>James A. Bello, BBO #633550<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, Massachusetts 02210<br>(617) 439-7500 | /s/ Carol E. Head<br>David Yamin, BBO #562216<br>david.yamin@bingham.com<br>Alison Hickey Silveira, BBO #666814<br>alison.silveira@bingham.com<br>Carol Head, BBO #652170<br>carol.head@bingham.com<br>BINGHAM MCCUTCHEN LLP<br>One Federal Street<br>Boston, Massachusetts 02110-1726<br>(617) 951-8000<br><br>Richard M. Glassman, BBO #544381<br>rglassman@dlc-ma.org<br>Nancy Botta, BBO #663749<br>nsvirida@dlc-ma.org<br>DISABILITY LAW CENTER, INC. |

11 Beacon Street, Suite 925
Boston, Massachusetts 02108
(617)723-8455

James Pingeon, BBO #541852
jpingeon@plsma.org
Leslie Walker, BBO #546627
lwalker@plsma.org
Bonnie Tenneriello, BBO #662132
btenneriello@plsma.org
PRISONERS' LEGAL SERVICES, INC.
8 Winter Street, 11th Floor
Boston, MA 02108
(617) 482-2773

Robert Fleischner, BBO #171320
rfleischner@cpr-ma.org
CENTER FOR PUBLIC REPRESENTATION
22 Green Street
Northampton, MA 01060
(413) 587-6265

James S. Rollins
*admitted pro hac vice*
james.rollins@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
One Boston Place
Boston, MA 02108
(617) 573-4722

Date:  September 20, 2010

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 20, 2010.

/s/ Carol E. Head
Carol E. Head, BBO #652170