UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DISABILITY LAW CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> MASSACHUSETTS DEPARTMENT OF CORRECTION; HAROLD W. CLARKE, COMMISSIONER OF THE MASSACHUSETTS DEPARTMENT OF CORRECTION, in his official capacity; JAMES BENDER, DEPUTY COMMISSIONER OF THE MASSACHUSETTS DEPARTMENT OF CORRECTION, in his official capacity; VERONICA MADDEN, ASSOCIATE COMMISSIONER OF REENTRY AND REINTEGRATION OF THE MASSACHUSETTS DEPARTMENT OF CORRECTION, in her official capacity; JOHN MARSHALL, JR., ACTING SUPERINTENDENT OF MCI-CEDAR JUNCTION AND ASSISTANT DEPUTY COMMISSIONER – NORTHERN SECTOR, in his official capacities; and TIMOTHY HALL, ACTING ASSISTANT DEPUTY COMMISSIONER – SOUTHERN SECTOR, in his official capacity, <br><br> Defendants | CIVIL ACTION <br> NO. 07-10463 (MLW) |

## PARTIES' JOINT REPORT TO COURT REGARDING EMERGENCY MOTION TO COMPEL DISCOVERY PURSUANT TO FED. R. CIV. P. 34 TO ENTER UPON LAND

The parties jointly file this report to the Court pursuant to the Court's order dated November 18, 2010, in response to the Emergency Motion to Compel Discovery pursuant to Fed. R. Civ. P. 34 to Enter Upon Land filed by Plaintiff Disability Law Center ("DLC") on the same date (the "Motion")[docket no. 151]. After filing the Motion, DLC and Defendant Massachusetts Department of Correction ("DOC") discussed this matter further and have been able to reach agreement upon DLC's Notice of Request to Enter Upon Land Pursuant to Fed. R. Civ. P. 34 ("Rule 34 Notice"), served on October 28, 2010. The Rule 34 Notice requested that

DOC permit Plaintiff, through its counsel and expert witness, Dr. Craig Haney, to enter three DOC facilities identified in the Rule 34 Notice during the week of Monday November 29, 2010 through Friday December 3, 2010.  The parties have reached an agreement that will permit Dr. Haney and Plaintiff's counsel to visit the requested facilities and to interview certain of those incarcerated in those facilities commencing at 1:00 p.m. on November 29th and continuing through the noticed dates.

As the Defendants have done to accommodate previous Rule 34 site visits, the Defendants will generate and provide unit rosters in advance of each site visit, listing for each unit the names of inmates on the unit, whether or not each inmate has an open mental health case, and if the inmate has an open mental health case, the primary diagnosis and the current medications. In scheduling the site visits, Plaintiff shall work cooperatively with the Defendants to ensure that the site visits do not disrupt the treatment and program activities occurring on the units during the course of the site visit.  With respect to all future Rule 34 site visits, Plaintiff's counsel shall provide Defendants' counsel with a full 30 days' notice of the specific dates, facilities and units to be visited by its experts and/or counsel.  Consequently, the parties no longer require the Court's assistance to resolve the former discovery dispute and respectfully request that the Court cancel the hearing scheduled in this matter for that purpose.  Also, the parties note that they would have filed this notice yesterday as the Court had requested, but they were engaged in an all-day deposition in this case yesterday, as they had notified the Court through Magistrate Judge Boal's clerk.

Dated:  November 23, 2010                             Respectfully submitted,


The Plaintiff,                                         The Defendants,
Disability Law Center, Inc.,                           By their attorneys
By its attorneys,


/s/ Carol E.  Head                                     /s/ William D. Saltzman
David Yamin, BBO #562216                               William D. Saltzman
david.yamin@bingham.com                                BBO #439749
Alison Hickey Silveira, BBO #666814                    Charles W. Anderson Jr.
alison.silveira@bingham.com                            BBO # 635016
Carol Head, BBO #652170                                cwanderson@doc.state.ma.us
carol.head@bingham.com                                 Sheryl Grant
BINGHAM MCCUTCHEN LLP                                  BBO #647071
One Federal Street                                     sfgrant@doc.state.ma.us
Boston, Massachusetts 02110-1726                       Department of Correction Legal Division
(617) 951-8000                                         70 Franklin Street, Suite 600
                                                       Boston, Massachusetts 02110
Richard M. Glassman, BBO #544381                       (617) 727-3300, Ext. 154
rglassman@dlc-ma.org                                   wdsaltzman@doc.state.ma.us
Karen Talley, BBO #644764
ktalley@dlc-ma.org
Nancy Botta, BBO #663749
nbotta@dlc-ma.org
DISABILITY LAW CENTER, INC.
11 Beacon Street, Suite 925
Boston, Massachusetts 02108
(617)723-8455

James Pingeon, BBO #541852
jpingeon@plmsa.org
Leslie Walker, BBO #546627
lwalker@ plmsa.org
PRISONERS' LEGAL SERVICES, INC.
8 Winter Street, 11th Floor
Boston, Massachusetts 02108
(617) 482-2773

Robert Fleischner, BBO #171320
rfleischner@cpr-ma.org
CENTER FOR PUBLIC
REPRESENTATION
22 Green Street

3

Northampton, MA 01060
(413) 587-6265

James S. Rollins
*admitted pro hac vice*
james.rollins@nelsonmullins.com
NELSON, MULLINS, RILEY &
SCARBOROUGH LLP
One Post Office Square
Boston, MA  02109-2127
(617) 573-4722

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served electronically through the ECF system on all counsel of record on November 23, 2010.

_____/s/ Carol E. Head_____
Carol E. Head