```
             UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

DISABILITY LAW CENTER,            )
    Plaintiff,                    )
                                  )
    v.                            )   C.A. No. 07-10463-MLW
                                  )
                                  )
MASSACHUSETTS DEPARTMENT OF       )
CORRECTION, ET AL.,               )
    Defendants.                   )

                         ORDER

WOLF, D.J.                                    February 6, 2012

As discussed at the February 2, 2012 conference, by March 2, 2012, the parties shall:

1. Submit, jointly if possible, a memorandum or memoranda providing any additional support for their Joint Motion to Approve Settlement Agreement (Docket No. 248). The parties should address, among other things:

    a) Whether approval of the settlement agreement and retention of jurisdiction would constitute "relief" subject to the restrictions of 18 U.S.C. §3626(a)(1)(A) of the Prison Litigation Reform Act ("PLRA").

    b) Whether the agreement to resolve this case can be, and is, neither a "consent decree" nor a "private settlement agreement" within the meaning of the PLRA and, because it does not now provide for "relief" or "prospective relief", does not require the findings for approval prescribed by 18 U.S.C. §3626(a)(1)(A).

        c) Whether the parties propose that this court accept a stipulation of compliance with the PRLA, see 18 U.S.C. §3626, and the authority for doing so where the defendant denies the existence of any violation of a federal right.

        d) Whether the parties can, and would like to, obtain the resolution they seek by entering into a private settlement agreement and staying this litigation during the pendency of that agreement.

    2. Provide the court with the form of the order they request be issued to approve their settlement of this case.

                                          /s/ Mark L. Wolf
                                      UNITED STATES DISTRICT COURT